UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  ) CASE NO. MJ25-438<br>   Plaintiff, )<br>  )<br>   v. )<br>  ) DETENTION ORDER<br>CARLOS RIOS-IBARRA, )<br>  )<br>   Defendant. )<br>  ) | |

Offenses charged:

1. Reentry of Removed Alien

Date of Detention Hearing:   August 14, 2025.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has convictions for DUI and assault, and a pending DUI charge. He has lived in the District for only five years, and came to the United States as an adult. He has no family ties to the District, and significant ties to Mexico, where his family resides.

2. Defendant poses a risk of nonappearance based upon significant contacts with Mexico, minimal ties to this District, and a risk of danger based upon his criminal history involving DUI and assault.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the safety of the community or defendant's appearance at future Court hearings.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 15th Day of August, 2025.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3